IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ERIC JASON FARLEY
ADC #121579                                                                                              PLAINTIFF

V.                                              2:05CV00334 SWW

SGT. HICKEY, East Arkansas Regional Unit, Arkansas
Department of Correction                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.           IT IS THEREFORE ORDERED that Plaintiff be awarded judgment against Defendant Hickey in the amount of $7,000.00, and that his attorney, Mark Mason Derrick, be awarded attorney fees in the amount of $2,500.00.

DATED this 31st day of October 2007.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

1