# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| ERIC JASON FARLEY, ADC #121579 | * | |
| PLAINTIFF | * | |
| V. | * | CASE NO. 2:05CV00334 SWW |
| SGT. HICKEY, EAST ARKANSAS REGIONAL UNIT, ARKANSAS DEPARTMENT OF CORRECTION | * | |
| DEFENDANT | * | |

## AMENDED DEFAULT JUDGMENT

Consistent with the order entered October 31, 2007 and the order entered on this day, the Court hereby enters Amended Judgment for Plaintiff Eric Jason Farley and against Defendant Calvin Hickey in the amount of $7,000.00 for damages and $2,500.00 in attorney's fees. This Amended Judgment shall accrue post-judgment interest at 1.43% per annum from October 31, 2007, the date of the original judgment, until paid in full, pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED THIS 13TH DAY OF JANUARY, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE